IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD AYCOX,

    Plaintiff,

v.                                              1:10cv51-WS-GRJ

CITY OF GAINESVILLE,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 79) docketed August 6, 2013. The magistrate judge recommends that the defendant's motion for summary judgment be granted and the plaintiff's motions for summary judgment be denied. The plaintiff has filed objections (doc. 85) to the report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 85) is ADOPTED and incorporated by reference into this order.

2. The defendant's motion for summary judgment (doc. 52) is GRANTED.

3. The plaintiff's motions for summary judgment (doc. 63, 70) are DENIED.

4. The clerk shall enter judgment stating: "This action is dismissed with prejudice."

DONE AND ORDERED this ___17th___ day of ___October___, 2013.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE